UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ALAN, CATHERINE M.                                          § Case No. 06-72472-MB
                                                                   §
                                                                   §
Debtor(s)                                                          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on December 27, 2006. The undersigned trustee was appointed on February 12, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of     $    9,500.61

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $    9,500.61 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing claims in this case was 04/24/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,700.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,700.06, for a total compensation of $1,700.06. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/25/2010          By:/s/STEPHEN G. BALSLEY
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 06-72472-MB
Case Name: ALAN, CATHERINE M.
Period Ending: 05/25/10

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 12/27/06 (f)
§341(a) Meeting Date: 02/01/07
Claims Bar Date: 04/24/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Security deposit - Com Ed | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1997 Nissan | 800.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2000 Acura | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Preferential transfer - Orix Financial Services (u) | 20,000.00 | 20,000.00 | DA | 9,500.00 | FA |
| 9 | Cash on Hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | ComEd Security Deposit companies, landlords, and | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | Miscellaneous household furnishings audio, video | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Necessary wearing apparel. | 250.00 | 0.00 | DA | 0.00 | FA |
| 13 | Miscellaneous jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1997 Nissan Maximum (103,000 miles) | 800.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2000 Acura (126,000 miles) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.61 | FA |
| 16 | Assets  Totals (Excluding unknown values) | $35,200.00 | $20,000.00 | | $9,500.61 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):  December 31, 2007  Current Projected Date Of Final Report (TFR):  May 24, 2010 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 06-72472-MB | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** ALAN, CATHERINE M. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*26-65 - Money Market Account |
| **Taxpayer ID #:** \*\*-\*\*\*3446 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 05/25/10 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)     Printed: 05/25/2010 09:11 AM    V.12.08

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 06-72472-MB
Case Name: ALAN, CATHERINE M.

Taxpayer ID #: **-***3446
Period Ending: 05/25/10

Trustee: STEPHEN G. BALSLEY (330410)
Bank Name: The Bank of New York Mellon
Account: 9200-******26-65 - Money Market Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/07/10 | {8} | ORIX Financial Services, Inc. | Adversary preference against ORIX settlement | 1241-000 | 9,500.00 | | 9,500.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 9,500.41 |
| 05/10/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.20 | | 9,500.61 |
| 05/10/10 | | To Account #9200******2666 | Transfer to Closed Money Market Account | 9999-000 | | 9,500.61 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,500.61 | 9,500.61 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,500.61 | |
| | | | Subtotal | | 9,500.61 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9,500.61 | $0.00 | |

{} Asset reference(s)

Printed: 05/25/2010 09:11 AM   V.12.08

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-72472-MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | ALAN, CATHERINE M. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******26-66 - Checking Account |
| Taxpayer ID #: | **-***3446 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 05/25/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/10/10 | | From Account #9200******2665 | Transfer to Closed Money Market Account | 9999-000 | 9,500.61 | | 9,500.61 |
| | | | ACCOUNT TOTALS | | 9,500.61 | 0.00 | $9,500.61 |
| | | | Less: Bank Transfers | | 9,500.61 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****26-65 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******26-65 | 9,500.61 | 0.00 | 0.00 |
| Checking # 9200-******26-66 | 0.00 | 0.00 | 9,500.61 |
| | $9,500.61 | $0.00 | $9,500.61 |

{} Asset reference(s)                                                                                       Printed: 05/25/2010 09:11 AM    V.12.08

| Printed: 05/25/10 09:11 AM | | | Claims Distribution Register | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|

### Case: 06-72472-MB    ALAN, CATHERINE M.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/27/06 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00  Attorney for Trustee Fees (Trustee Firm)&gt; | 18,865.50 | 5,659.65 | 0.00 | 5,659.65 | 5,659.65 |
| | 12/27/06 | 200 | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>&lt;2100-00  Trustee Compensation&gt; | 1,700.06 | 1,700.06 | 0.00 | 1,700.06 | 1,700.06 |
| | 12/27/06 | 200 | Barrick, Switzer Law Firm<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3120-00  Attorney for Trustee Expenses (Trustee Firm)&gt;<br>Skip Trace - $75.00<br>Subpoena Fee - $110.00 | 185.00 | 185.00 | 0.00 | 185.00 | 185.00 |
| | 03/08/07 | 200 | U.S. Bankruptcy Court<br>211 South Court Street<br>Rockford, IL 61101<br>&lt;3120-00  Attorney for Trustee Expenses (Trustee Firm)&gt;<br>Adversary Complaint to Recover Preferential Transfer; Adversary Fee Deferred. | 0.00 | 250.00 | 0.00 | 250.00 | 250.00 |
| | | | **Total for Priority 200:   100% Paid** | **$20,750.56** | **$7,794.71** | **$0.00** | **$7,794.71** | **$7,794.71** |
| | | | **Total for Admin Ch. 7 Claims:** | **$20,750.56** | **$7,794.71** | **$0.00** | **$7,794.71** | **$7,794.71** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/29/07 | 610 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY, OH 43054<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;<br>PO BOX 3025<br>NEW ALBANY, OH 43054 | 8,971.05 | 8,971.05 | 0.00 | 8,971.05 | 596.63 |
| 2 | 01/30/07 | 610 | Capital Recovery One<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131      Claimant History<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131      Claimant History | 382.14 | 382.14 | 0.00 | 382.14 | 25.41 |
| 3 | 01/31/07 | 610 | World Financial Network National Bank<br>Victoria's Secret,c/o Weinstein & Riley, P.S.,2101 Fourth Ave., Suite 900,<br>WA,  98121<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;<br>Victoria's Secret<br>c/o Weinstein & Riley, P.S.,2101 Fourth Ave., Suite 900,Seattle, | 398.96 | 398.96 | 0.00 | 398.96 | 26.53 |

Printed: 05/25/10 09:11 AM             **Claims Distribution Register**             Page: 2

Case: 06-72472-MB    ALAN, CATHERINE M.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | WA, 98121 | | | | | |
| 4 | 01/31/07 | 610 | World Financial Network National Bank<br>New York & Company,c/o Weinstein & Riley, P.S.,2101 Fourth Ave., Suite 900, WA, 98121<br><7100-00 General Unsecured § 726(a)(2)><br>New York & Company<br>c/o Weinstein & Riley, P.S.,2101 Fourth Ave., Suite 900,Seattle, WA, 98121 | 99.14 | 99.14 | 0.00 | 99.14 | 6.59 |
| 5 | 02/22/07 | 610 | Duffy & Amedeo, LLP<br>Seven Penn Plaza, Suite 420<br>New York, NY 10001<br><7100-00 General Unsecured § 726(a)(2)><br>Seven Penn Plaza, Suite 420<br>New York, NY 10001 | 15,584.91 | 15,584.91 | 0.00 | 15,584.91 | 1,036.48 |
| 6 | 03/14/07 | 610 | ORIX Financial Services, Inc.<br>600 TownPark Lane<br>Kennesaw, GA 30144<br><7100-00 General Unsecured § 726(a)(2)><br>600 TownPark Lane<br>Kennesaw, GA 30144<br><br>Order Disallowing Claim entered on 04/21/10. | 311,234.47 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 7 | 04/20/07 | 610 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507<br><7100-00 General Unsecured § 726(a)(2)><br>PO Box 549<br>Aurora, IL 60507 | 214.36 | 214.36 | 0.00 | 214.36 | 14.26 |
| | | | **Total for Priority 610:   6.65054% Paid** | **$336,885.03** | **$25,650.56** | **$0.00** | **$25,650.56** | **$1,705.90** |
| 8 | 04/15/08 | 620 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7200-00 Tardy General Unsecured § 726(a)(3)><br>assignee of Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 296030587 | 10,479.65 | 10,479.65 | 0.00 | 10,479.65 | 0.00 |
| | | | **Priority 620:   0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$347,364.68** | **$36,130.21** | **$0.00** | **$36,130.21** | **$1,705.90** |
| | | | **Total for Case :** | **$368,115.24** | **$43,924.92** | **$0.00** | **$43,924.92** | **$9,500.61** |

\*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-72472-MB
Case Name: ALAN, CATHERINE M.
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 1,700.06 | $ |
| *Attorney for trustee* | Barrick, Switzer Law Firm | $ | $ 185.00 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Attorney for trustee* | Barrick, Switzer, Long, Balsley & Van Evera | $ 5,659.65 | $ |
| *Attorney for trustee* | U.S. Bankruptcy Court | $ | $ 250.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                     *Fees*              *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

Case 06-72472   Doc 40   Filed 07/07/10   Entered 07/07/10 10:04:14   Desc Main
Document      Page 10 of 11

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,650.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 8,971.05 | $ 596.63 |
| 2 | Capital Recovery One | $ 382.14 | $ 25.41 |
| 3 | World Financial Network National Bank | $ 398.96 | $ 26.53 |
| 4 | World Financial Network National Bank | $ 99.14 | $ 6.59 |
| 5 | Duffy & Amedeo, LLP | $ 15,584.91 | $ 1,036.48 |
| 7 | Nicor Gas | $ 214.36 | $ 14.26 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 10,479.65 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 8 | LVNV Funding LLC its successors and assigns as | $ 10,479.65 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**