UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ALAN, CATHERINE M.         §   Case No. 06-72472-MB
                                  §
                                  §
Debtor(s)                         §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/09/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____        By: /s/STEPHEN G. BALSLEY
                                          Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2                   Date Rcvd: Jul 08, 2010
Case: 06-72472                Form ID: pdf006             Total Noticed: 34

The following entities were noticed by first class mail on Jul 10, 2010.
db          +Catherine M. Alan,    4433 Rolling Hills Drive,    Lake In The Hills, IL 60156-5536
aty         +George P Hampilos,    Schirger, Monteleone, Hampilos,    308 West State Street,    Suite 210,
              Rockford, IL 61101-1140
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
11081778    +Alan Catherine M,    4433 Rolling Hills Drive,    Lake In The Hills, IL 60156-5536
11081781    +Chase Bank,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
11081782    +Cingular Wireless,    5407 Andrews Hwy,    Midland, TX 79706-2851
11081783    +Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
11081784     ComEd,    Bill Payment Center,    Chicago, IL  60601
11081786    +Drexler Horse Transport,    PCC Recovery Incorporated,    646 Main Street #3,
              Port Jefferson, NY 11777-2230
11081787    +Duffy & Amedeo, LLP,    Seven Penn Plaza, Suite 420,    New York, NY 10001-0023
11081788    +First Revenue Assurance,    P.O. Box 3020,    Albuquerque, NM 87190-3020
11081789    +Ford Motor Credit,    P.O. Box 54200,    Omaha, NE 68154-8000
11081791    +Medical Center Of Plano,    P.O. Box 16468,    Austin, TX 78761-6468
11237337    +ORIX Financial Services, Inc.,    600 TownPark Lane,    Kennesaw, GA 30144-3729
11081793    +Orix Financial Services,    % John S. Graettinger, Jr. Esq.,    53 West Jackson Blvd. #950,
              Chicago, IL 60604-3849
11081794     Provena Saint Joseph Hospital,    Elgin, IL  60123
11081779    +Schirger Monteleone & Hampilos PC,    308 West State Street #210,    Rockford, IL 61101-1140
11277830    +Secretary of State of IL,    c/o Atty General's Office,    100 W Randolph 13th Floor,
              Chicago IL 60601-3397
11081795    +Tykerbren, Inc.,    6505 Park Blvd. Suite 306-335,    Plano, TX 75093-6208
11081796    +University Equine Veterinary Services In,    11178 County Road 201,    Findlay, OH 45840-9209
11081797    +Victoria's Secret,    P.O. Box 182128,    Columbus, OH 43218-2128
11081798    +Village Of Lakewood,    2500 Lake Avenue,    Lakewood, IL 60014-5199
11152040    +World Financial Network National Bank,    New York & Company,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
11152039    +World Financial Network National Bank,    Victoria's Secret,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were noticed by electronic transmission on Jul 08, 2010.
11081780     E-mail/Text: ebnbankruptcy@ahm.honda.com                           American Honda Finance,
              2170 Point Blvd. #100,    Elgin, IL  60123
12391683    +E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2010 01:49:04      Capital Recovery One,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
11146896    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2010 02:01:33
              DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
11081785     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2010 02:01:33      Discover Financial Services,
              12 Reads Way,    New Castle, DE  19720
11081790    +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2010 01:49:04      GAP Card,    P.O. Box 29116,
              Shawnee Mission, KS 66201-1416
12140625     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11317044    +E-mail/Text: bankrup@nicor.com                           Nicor Gas,    PO Box 549,
              Aurora IL 60507-0549
11081792     E-mail/Text: bankrup@nicor.com                           Nicor Gas,    P.O. Box 2020,
              Aurora, IL  60507-2020
12389762     E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2010 01:49:04
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11149535    +E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2010 01:49:04
              Recovery Management Systems Corporation,    For GE Money Bank,    dba Gap LinkCard,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 10
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3           User: lorsmith              Page 2 of 2                Date Rcvd: Jul 08, 2010
Case: 06-72472                 Form ID: pdf006             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**                        **Signature:**   *Joseph Speetjens*